# United States District Court
# Central District of California
# Western Division

ALVARO GONZALEZ MARTINEZ,

Petitioner,

v.

WILLIAM BARR,

Respondent.

EDCV 20-00949 TJH

Order
to
Show Cause

On February 21, 2020, Petitioner petitioned the Ninth Circuit to review the Board of Immigration Appeals ["BIA"] affirmance of the Immigration Court's denial of his application for cancellation of removal. While the petition for review was pending, Petitioner filed an emergency motion to stay his removal and remand to the BIA with an order for his immediate release. The emergency motion argued that release was warranted because, *inter alia*, the recent COVID-19 pandemic made the conditions of his confinement at Adelanto Processing Center ["Adelanto"] violated the Fifth Amendment and that the denial of Petitioner's application for cancellation of removal was improper because the initiation of removal proceedings violated the Fourth Amendment. The Ninth Circuit construed the emergency motion as a petition for a

writ of *habeas corpus* brought under 28 U.S.C. § 2241 and, then, transferred it to the Central District of California for a determination.

The Court has reviewed Petitioner's petition for a writ of *habeas corpus*, together with the moving and opposing papers.

The Ninth Circuit transferred this petition to this Court after this Court provisionally certified a mandatory, no-opt out class of immigration detainees at Adelanto and their Fifth Amendment substantive due process claim in *Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC.  On May 4, 2020, Respondent filed a notice of stay, citing *Roman*.  Petitioner argued that his Fourth Amendment claim exceeds the scope of *Roman* and should, therefore, not be stayed.  On May 5, 2020, the Court stayed Petitioner's Fifth Amendment substantive due process claim pending the resolution of *Roman*.

Petitioner's Fourth Amendment claim is a challenge to the BIA's summary affirmance of the immigration judge's denial of cancellation of removal, which may not be brought via a *habeas* petition.  *See Rodriguez v. Chertoff*, 138 F. App'x. 916, *1 (9th Cir. 2005).

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Petitioner shall show cause, if he has any, as to why the Court should not dismiss his Fourth Amendment claim for lack of jurisdiction.  Petitioner's response, if any, to this order to show cause shall be filed by May 18, 2020.  The Government's opposition, if any, to the Petitioner's response shall be filed by May 26, 2020.  Petitioner's reply, if any, shall be filed by June 1, 2020.  The matter will, then, stand submitted.


Date: May 11, 2020

Terry J. Hatter, Jr.
Senior United States District Judge